IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PAMELA CLEVENGER                                                     PLAINTIFF

v.                                              CIVIL ACTION NO. 1:17-cv-00060-GHD-RP

ITAWAMBA COMMUNITY COLLEGE                                           DEFENDANT

## ORDER DISMISSING ACTION

The parties have filed a Joint Stipulation of Dismissal with Prejudice, and agree that the Plaintiff's claims should be fully and finally dismissed with prejudice. Therefore, it is not necessary that this action remain upon the calendar of the court.

The Court therefore ORDERS that the action, and the Plaintiff's claims, be DISMISSED with prejudice.

SO ORDERED, this, the 30th day of November, 2017.

_____
Senior U.S. District Judge